```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF RHODE ISLAND


KATIE B.,
     Plaintiff,


     v.                               C.A. No.  18-135-WES


NANCY A. BERRYHILL,
     Defendant.
```

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered.  Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Text Order entered on October 11, 2018, the judgment is hereby entered dismissing the Plaintiff's Complaint (ECF No. 1) in accordance with Fed. R. Civ. P. 58.


```
October 11, 2018              By the Court:

                              /s/Hanorah Tyer-Witek,
                              Clerk of Court
```